No. 87–871. HUNTER v. MURRAY, JUDGE, COURT OF CLAIMS, ALBANY, NEW YORK, ET AL. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 87–5919. MARCH v. MARCH. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 87–5926. LEMONS v. DRISKILL, ASSISTANT WARDEN, ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 87–5974. ROBERTSON v. JONES, AKA ROBERTSON. Appeal from Sup. Ct. Del. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 87–904. AMERICANA CORP. v. STATE HIGHWAY AND TRANSPORTATION COMMISSIONER OF VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of properly presented federal question.

No. 87–5659. TISCHIO v. NEW JERSEY. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question. 

No. 87–5988. FLAKES v. WISCONSIN. Appeal from Ct. App. Wis. dismissed for want of substantial federal question. 

No. A–441. FAZZINI v. UNITED STATES. Application for bail, addressed to JUSTICE BLACKMUN and referred to the Court, denied.